IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **JOHN DOES 1- 22** | : | **NO. 12-3139** |

## ORDER

**AND NOW**, this 20th day of July, 2012, upon consideration of the Motion to Dismiss and/or Sever Complaint Against Defendant John Doe 9 and Quash Subpoena Against Same (Document No. 6) and the plaintiff having filed no response, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED** as to Defendant John Doe 9 only.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.