IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **JOHN DOES 1- 22** | : | NO. 12-3139 |

## ORDER

**AND NOW**, this 24th day of July, 2012, upon consideration of the Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss and/or Sever Complaint, it is **ORDERED** that no later than **August 8, 2012**, the plaintiff shall file a supplemental memorandum in which it shall cite each case within the Third Circuit holding contrary to the cases cited in the plaintiff's memorandum.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.