## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **JOHN DOES 1- 22** | : | **NO. 12-3139** |

### ORDER

**AND NOW**, this 31st day of July, 2012, upon consideration of the Plaintiff's Motion for Clarification (Document No. 12), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Order of July 24, 2012 refers to all BitTorrent copyright infringement cases and similar copyright infringement actions.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.